**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

**THE SOLIMAN FIRM**
Steven Soliman, Esq. (SBN: 285049)
ssoliman@thesolimanfirm.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:  (714) 491-4111
Facsimile:   (714) 491-4111

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DOE**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**AETNA, INC.,**<br><br>Defendant(s). | **Case No.:** 3:17-CV-1947-H-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

//
//

---

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff JOHN DOE ("Plaintiff") hereby moves to voluntarily dismiss the above-captioned action in its entirety without prejudice as to the named Plaintiff's claims and without prejudice as to the claims of the putative class members. Each party to bear its own attorneys' fees and costs.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.[1]

Date: December 19, 2017               **KAZEROUNI LAW GROUP, APC**

By: *s/ Mona Amini*
ABBAS KAZEROUNIAN, ESQ.
MONA AMINI, ESQ.
*Attorneys for Plaintiff*

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On December 19, 2017, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1); AND [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 19, 2017 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.

**PROOF OF SERVICE**